United States District Court
for the District of New Jersey

_____ :
                                            :
**LAND ROVER, ET AL.**                      :
                                            :
                                            :   Civ. No. 10-780
            Plaintiff                       :
                                            :
        vs.                                 :   Order of Reassignment
                                            :
**PAUL MILLER, INC., ET AL.**               :
                                            :
            Defendant                       :
_____ :

It is on this 23rd day of July 2010,

O R D E R E D that the entitled action is reassigned

from Judge Peter G. Sheridan to Judge Dickinson R. Debevoise.


                                    S/Garrett E. Brown, Jr.
                                    Garrett E. Brown, Jr., Chief Judge
                                    United States District Court